SEALED BY ORDER
OF COURT

CR 18 00348 LHK

NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED

## THE UNITED STATES OF AMERICA

AUG 02 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### vs.

### BRANDON CHARLES GLOVER, and
### VASILE MEREACRE,

,

---

## INDICTMENT

COUNT ONE: (18 U.S.C. § 1030(b) – Conspiracy to Violate 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

COUNT TWO: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), 2 – Extortion Involving Computers)

*A true bill.*

_____
*Foreperson*

---

*Filed in open court this* ___2___ *day of* __August__
*A.D. 201*_8_

_____
*United States Magistrate Judge*

---

**Bail. $** __no bail arrest warrants as to both defendants__

_____

DOCUMENT NO.
1
DISTRICT COURT
CRIMINAL CASE

SEALED BY ORDER OF COURT

E-filing

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
3                                                                      FILED
4
                                                                   AUG 02 2018
5
                                                             SUSAN Y. SOONG
                                                      CLERK, U.S. DISTRICT COURT
6                                                NORTHERN DISTRICT OF CALIFORNIA
                                                             SAN JOSE
7
8
9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION                         LHK

12  UNITED STATES OF AMERICA,              No. CR 18  00348  NC

13        Plaintiff,                       )  VIOLATIONS: Title 18, United States Code, Section
                                           )  1030(b) – Conspiracy to Violate Title 18, United
14        v.                               )  States Code, Sections 1030(a)(7)(B) and (c)(3)(A);
                                           )  Title 18, United States Code, Sections 1030(a)(7)(B)
15  BRANDON CHARLES GLOVER, and            )  and (c)(3)(A) – Extortion Involving Computers; Title
    VASILE MEREACRE,                       )  18, United States Code, Section 2 – Aid and Abet.
16                                         )
          Defendants.                      )
17                                         )
                                           )
18  _____)  SAN JOSE VENUE

19                               I N D I C T M E N T

20  The Grand Jury charges:

21                                  BACKGROUND

22        At all times relevant to this Indictment:

23        1.   Lynda.com LLC was an online education company that offered video courses in software,

24  creative, and business skills.  On June 2, 2016, the company was acquired by the LinkedIn Corporation,

25  which was headquartered in Sunnyvale, California.

26        2.   "Bug Bounty" programs are services wherein individuals that report security vulnerabilities

27  receive recognition and compensation.  Bug bounty programs assist companies in discovering and

28

    INDICTMENT

1  resolving security vulnerabilities so that they can be resolved before the general public is aware of them,
2  thus preventing the wide-spread exploitation of the vulnerability.

3      3.   LinkedIn maintained an invitation-only bug bounty program and accepted individuals, such
4  as security researchers, into the program based upon the individual's reputation and previous work.
5  LinkedIn established rules for participation in the program, and an individual would be disqualified from
6  participation in the program based on a variety of factors, including making threats, demanding money
7  exchange for security vulnerabilities, publicly disclosing security flaws without notifying the company
8  first, modifying, copying, downloading, deleting or otherwise misusing other members' data, and
9  accessing non-public member information without authorization.

10     4.   HackerOne was a San Francisco-based company that operated bug bounty programs for
11 corporations, including LinkedIn.

12     5.   Brandon Charles Glover ("GLOVER") was a resident of Winter Springs, Florida.

13     6.   Vasile Mereacre ("MEREACRE") was a resident of Toronto, Canada.

14

15 COUNT ONE:  (18 U.S.C. § 1030(b) – Conspiracy to Violate 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

16     7.   The factual allegations at Paragraphs One through Six are realleged and incorporated as if
17 set forth fully here.

18     8.   Beginning in approximately December 2016 and continuing to approximately January 2017,
19 in the Northern District of California and elsewhere, the defendants,

20
                        BRANDON CHARLES GLOVER, and
21                      VASILE MEREACRE,

22 did knowingly conspire and agree with persons known and unknown to the Grand Jury to commit an
23 offense under 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), that is, with the intent to extort from a person
24 money and other things of value, transmitted in interstate and foreign commerce communications
25 containing a threat to impair the confidentiality of information obtained from a protected computer
26 without authorization.

27 ///

28 ///

INDICTMENT                          2

## MANNER AND MEANS

9.      Defendants GLOVER and MEREACRE possessed and controlled and claimed to possess and control confidential databases and other data belonging to the victim corporations all the while knowing that the data had been stolen from the victim-corporations' Amazon Web Services accounts. The defendants' exerted possession and control over the data in order to induce payments from the victim-corporations.

10.     The defendants used the email address "johndoughs@protonmail.com" to contact the victim-corporations to report security vulnerability and demand payment in exchange for deletion of the data.  The defendants used false names to communicate with the victim-corporations, and, on several occasions, informed the victim-corporations that they had been paid by other victim-corporations for identifying security vulnerabilities.  They also sent the victim-corporations a sample of the data in order for the victim-corporations to verify the authenticity of data.

11.     After examining the sample data, the victim-corporations communicated with the defendants about payment in exchange for the deletion of the data.  In some instances, the victim-corporations referred the defendants to HackerOne for payment pursuant to the victim-corporations' bug bounty program.  In other instances, the victim-corporation stopped communicating with the defendants and did not pay them for the data.

## DEFENDANTS' PLAN TO EXTORT LINKEDIN

12.     As part of the conspiracy, defendants GLOVER and MEREACRE devised a plan to extort LinkedIn by obtaining over 90,000 confidential Lynda.com user accounts, and exerting control over the accounts as a means to obtain money from LinkedIn.

13.     The defendants used the email account "johndoughs@protonmail.com" to communicate with LinkedIn.  They also established an account with HackerOne using the false name "William Loafmann" and provided false information, such as names, addresses, and a Social Security number, on Internal Revenue Service forms.

14.     On December 11, 2016, the defendants, using the email account "johndoughs@protonmail.com," sent an email to the security team at LinkedIn notifying them about a "security flaw compromising databases of Lynda.com along with credit card payments and much more."

INDICTMENT                                     3

1    15.    A LinkedIn executive responded a short time later requesting details so that they could

2  investigate the matter.

3    16.    "[J]ohndoughs@protonmail.com responded, stating the following:

4         Before I continue, I would like to say that this does not look good, I was able to
         access backups upon backups, me and my team would like a huge reward for this,
5         [sic]. The things we found were some of the following, [L]ynda database, email
         names addresses, usernames, some passwords, payments, we also found backend
6         code and many more. We also found partian [sic] [L]inkedin files. Before I continue,
         I would like to ask that you guys will promise to compensate for this find.
7

8    17.    A LinkedIn executive and "johndoughs@protonmail.com" continued to communicate

9  about the Lynda.com database, and the LinkedIn executive invited "johndoughs@protonmail.com" into

10 join LinkedIn's bug bounty program through HackerOne.

11    18.    After the invitation was extended, "johndoughs@protonmail.com" told the LinkedIn

12 executive that "[P]lease keep in mind, we expect a big payment as this was hard work for us, we already

13 helped a big corp which paid close to 7 digits, all went well."

14    All in violation of Title 18, United States Code, Sections 1030(b), 1030(a)(7)(B) and (c)(3)(A).

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

INDICTMENT                                    4

COUNT TWO: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), 2 – Extortion Involving Computers)

19.  The factual allegations contained in Paragraphs One through Six are realleged and incorporated as if set forth fully here.

20.  On or about December 11, 2016, in the Northern District of California and elsewhere, the defendants,

BRANDON CHARLES GLOVER and
VASILE MEREACRE,

with the intent to extort from a person money and or other thing of value, transmitted in interstate and foreign commerce any communication containing any threat to impair the confidentiality of information obtained from a protected computer without authorization, to wit: the defendants possessed stolen customer data belonging to Lynda.com and contacted LinkedIn executives under the alias "John Doughs" asking to be paid for it.

In violation of Title 18, United States Code, Sections 1030(a)(7)(B), (c)(3)(A), and 2.

DATED:  8-2-18                          A TRUE BILL.

FOREPERSON

ALEX G. TSE
Acting United States Attorney

JOHN H. HEMANN
Deputy Chief, Criminal Division

(Approved as to form:                          )
AUSA SUSAN KNIGHT

INDICTMENT                          5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count One: (18 U.S.C. § 1030(b) – Conspiracy to Violate
18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

Count Two: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A)), 2 –
Extortion Involving Computers)

☐ Petty

☐ Minor

☐ Misde-
meaner

☒ Felony

PENALTY:   Counts One and Two: 5 years' imprisonment, 3 years' supervised
release, $250K fine, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

### DEFENDANT - U.S

BRANDON CHARLES GLOVER

DISTRICT COURT NUMBER

CR 18 00348 LHK

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Jeffrey Miller, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form   ALEX G. TSE (Acting USA)

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   SUSAN KNIGHT

### DEFENDANT

IS *NOT* IN CUSTODY
     Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes
been filed?    ☐ No

} If "Yes"
give date
filed

DATE OF
ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERED
TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: 0

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                     Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

─── OFFENSE CHARGED ───

Count One: (18 U.S.C. § 1030(b) – Conspiracy to Violate 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

Count Two: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), 2 – Extortion Involving Computers)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Counts One and Two: 5 years' imprisonment, 3 years' supervised release, $250K fine, $100 special assessment

─── DEFENDANT - U.S ───

▶ VASILE MEREACRE

DISTRICT COURT NUMBER

CR 18 00348 LHK
NC

E-filing

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Jeffrey Miller, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}  SHOW DOCKET NO.

}  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   ALEX G. TSE (Acting USA)

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SUSAN KNIGHT

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

AUG 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ Federal   ☐ State

Has detainer been filed?   ☐ Yes   ☐ No
}  If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: 0

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments: