**SEALED BY ORDER OF COURT**

**FILED**
AUG 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     E-Mail: susan.knight@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 18 00348 NC |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT AND UNSEAL FOR THE LIMITED PURPOSE OF EXTRADITION** |
| VASILE MEREACRE, | ) |
| Defendant. | ) |

On August 2, 2018, a federal grand jury in the Northern District of California returned an indictment charging defendant Vasile Mereacre with one count of Conspiracy, in violation of Title 18, United States Code, Section 1030(b), and one count of Extortion Involving Computers, in violation of Title 18, United States Code, Sections 1030(a)(7)(B) and (c)(3)(A). The defendant resides in Toronto, Canada. He is a Canadian citizen with ties to Moldova.

The United States, through undersigned counsel, respectfully moves this Court to seal the Indictment and arrest warrant in order to prevent the defendant from fleeing from Canada to Moldova or another country. The United States intends to extradite the defendant from Canada to the Northern District of California, and anticipates that the defendant will be arrested by Canadian authorities pursuant to a provisional arrest warrant. Therefore, the United States requests that the Indictment be

U.S.' APPLICATION AND [PROPOSED] ORDER

unsealed for the limiting purpose of providing it to the Canadian government to facilitate the defendant's arrest and extradition.

DATED: 8/1/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ Susan Knight
SUSAN KNIGHT
Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Indictment and arrest warrant in the above-captioned matter be sealed.

The Court FURTHER Orders that the Indictment is unsealed for the limited purpose of providing it to Canadian authorities as part of the United States' request for a provisional arrest warrant and extradition of the defendant.

IT IS SO ORDERED.

DATED: August 2, 2018

_____
HONORABLE NATHANAEL COUSINS
United States Magistrate Judge

U.S.' APPLICATION AND [PROPOSED] ORDER