```
ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    E-Mail: susan.knight@usdoj.gov

Attorneys for United States of America
```

FILED

OCT 16 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VASILE MEREACRE,<br><br>    Defendant. | No. CR 18-00348 LHK<br><br>**UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT ARREST OF THE DEFENDANT** |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Indictment and arrest warrant in the above-captioned matter upon the arrest of defendant Vasile Mereacre. The Federal Bureau of Investigation (FBI) learned today that the defendant, who resides in Toronto, Canada, will be flying to Miami, Florida on October 16, 2018. Upon his arrival, he will be arrested by the FBI and make an initial appearance in the Southern District of Florida. Therefore, the government requests that the Court unseal the Indictment and the arrest warrant upon his arrest in the

//

//

//

cc/ AUSA

Southern District of Florida or any other jurisdiction.

DATED: 10/15/18

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/ Susan Knight
SUSAN KNIGHT
Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Indictment and arrest warrant in the above-captioned matter shall be unsealed upon the defendant's arrest in the Southern District of Florida or any other jurisdiction.

IT IS SO ORDERED.

DATED: 10/16/18

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge