Ronald Gainor, Esq.
Florida Bar No. 0606960
3250 Mary Street, Suite 405
Miami, Florida 33133
Phone: (720) 201-3036
Fax: (305)537-2001
gainorlaw@gmail.com
*Pro Hac Vice*

Adam Pennella
California Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone: (510) 451-4600
Fax: (510) 451-3002
adam@wps-law.com

Attorneys for Defendant
VASILE MEREACRE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. VASILE MEREACRE, *Defendant*. | Case No. CR 18-348 LHK (NC) **NOTICE OF APPEARANCE** |

Ronald Gainor, Esq. does hereby enter his appearance as counsel on behalf of the Defendant, Vasile Mereacre, in the above-referenced case, and request that copies of all future orders, process, pleadings and other filings in this matter be served upon him by facsimile, U.S. Mail or electronic transmission at the numbers and address listed below.

Dated: October 30, 2018

Respectfully submitted,

*/s/ Ronald Gainor*

Florida Bar No. 0606960
3250 Mary Street, Suite 405
Miami, Florida 33133
Phone: (720) 201-3036
Fax: (305)537-2001
gainorlaw@gmail.com
*Pro Hac Vice*

And

Adam Pennella, SBN 246260
Wolf, Pennella & Stevens, LLP
717 Washington Street
Oakland, CA 94607
Phone: (510) 451-4600
Fax: (510) 451-3002
adam@wps-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2018, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

*/s/Ronald Gainor*