MASE MEBANE & BRIGGS, P.A.
Christopher G. Lyons
Florida Bar No.: 985457
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
*Pro Hac Vice*

Ronald Gainor, Esq.
Florida Bar No. 0606960
Amber Donner, Attorney at Law
Florida Bar No. 600032
6414 Fairways Drive
Longmont, CO 80503
Phone: (720) 201-3036
Fax: (303) 447-0930
gainorlaw@gmail.com
*Pro Hac Vice*

Adam Pennella
California Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone: (510) 451-4600
Fax: (510) 451-3002
adam@wps-law.com

Attorneys for Defendant
VASILE MEREACRE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>VASILE MEREACRE,<br><br>*Defendant*. | Case No. CR 18-348 LHK (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE OF DEFENDANT'S PASSPORT** |

IT IS HEREBY STIPULATED by the parties through their counsel that defendant VASILE MEREACRE may temporarily possess his passport in order to travel between

Florida and California for his upcoming court appearance, which is set for November 8, 2018.

By way of background, and in support of this stipulation, Defendant states the following:

1. Defendant is a Canadian citizen and possesses a Canadian driver's license. He does not possess a driver's license or other similar identification issued by any state in the United States. Defendant is ordered to appear in this Court on November 8, 2018. Defendant currently resides in Florida. He will not be able to travel (i.e. fly) within the United States if his only documentation is his Canadian driver's license; he needs his passport to fly within the United States.

2. In order for Defendant to appear before this Court at the upcoming court appearance, it is stipulated by the parties that Defendant may temporarily possess his passport in order to travel. It is agreed that Defendant's passport may be released to defense counsel (Ronald Gainor) no earlier than November 6, 2018 (the day prior to Defendant's flight from Florida to California). Defense counsel shall allow Defendant to retain possession of his passport in the airport for the purpose of checking into his flight, proceeding through security and boarding his flight. Defendant's passport shall be returned to defense counsel once Defendant is on the plane. Defense counsel shall retain possession of Defendant's passport until Defendant is required to again check into his flight, get through security, and board his return flight to Miami. Once Defendant is on the plane, his passport shall be returned to defense counsel (Chris Lyons). Defendant's passport shall be surrendered to the U.S. District Court for the Southern District of Florida no later than Tuesday, November 13, 2018 (Monday November 12, 2018 is a court holiday).

3. It is further agreed that Defendant shall provide to Pretrial Services his complete itinerary, including his flight information, the location where he will be staying in California, and a way for Pretrial to contact him by phone while he is in California.

4. All other terms of pretrial release shall remain in full force and effect.

5. Undersigned counsel have conferred with AUSA Susan Knight who agrees to the requests set forth in this stipulation.

SO STIPULATED:

Dated: October 25, 2018 _____/s/_____
Christopher G. Lyons
Ronald Gainor
Adam Pennella
Counsel for Vasile Mereacre

Dated: October 25, 2018 ALEX G. TSE
UNITED STATES ATTORNEY

_____/s/_____
Susan Knight
Assistant United States Attorney

SO ORDERED:

Dated: _____
Honorable Virginia K. DeMarchi
United States Magistrate Judge