DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:   (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
VASILE MEREACRE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR-18-00348 LHK** |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | ) | |
| VASILE MEREACRE, et. al., | ) | |
| Defendants. | ) | |

NOTICE is hereby given of the appearance of attorney Doron Weinberg as counsel on behalf of defendant Vasile Mereacre in this matter.

Dated:   November 6, 2018           Respectfully submitted,

LAW OFFICES OF DORON WEINBERG

 /s/   Doron Weinberg
DORON WEINBERG
Attorney for Defendant
VASILE MEREACRE

Notice of Appearance of Counsel
(Case No. CR-18-00348