Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611017793
Cashier ID: waltonb
Transaction Date: 11/08/2018
Payer Name: Vasile Mereacre
------------------------------------
TREASURY REGISTRY
 For: Vasile Mereacre
 Case/Party: D-CAN-5-18-CR-000348-002
 Amount:        $25,000.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: Vasile Mereacre
 Check/Money Order Num: 6646401430
 Amt Tendered:  $25,000.00
------------------------------------
Total Due:      $25,000.00
Total Tendered: $25,000.00
Change Amt:     $0.00

Cash Bond posting
LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.