DOCUMENTS UNDER SEAL:                                                    TOTAL TIME (mins):

| MAGISTRATE JUDGE<br>MINUTE ORDER | DEPUTY CLERK | REPORTER/FTR | |
|---|---|---|---|
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.    RET.<br>APPT. |
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT<br>SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | PARTIAL PAYMENT<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS<br>TRIAL SET |
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | IA REV PROB. or<br>or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT<br>HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ADVISED<br>OF RIGHTS | ADVISED<br>OF CHARGES | NAME AS CHARGED<br>IS TRUE NAME | TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ARRAIGNED ON<br>INFORMATION | ARRAIGNED ON<br>INDICTMENT | READING WAIVED<br>SUBSTANCE | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| RELEASED<br>ON O/R | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>CASH     $ | | CORPORATE SECURITY | REAL PROPERTY: | |
| MOTION<br>FOR<br>DETENTION | PRETRIAL<br>SERVICES<br>REPORT | DETAINED | RELEASED | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| CONSENT<br>ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
| PRESENTENCE<br>REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ATTY APPT<br>HEARING | BOND<br>HEARING | STATUS RE:<br>CONSENT | TRIAL SET |
| AT: | SUBMIT FINAN.<br>AFFIDAVIT | PRELIMINARY<br>HEARING | CHANGE OF<br>PLEA | STATUS |
| BEFORE HON. | DETENTION<br>HEARING | ARRAIGNMENT | MOTIONS | JUDGMENT &<br>SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | IDENTITY /<br>REMOVAL<br>HEARING | PRETRIAL<br>CONFERENCE | PROB/SUP REV.<br>HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

DOCUMENT NUMBER: