1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   VASILE MEREACRE

6

                    UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN JOSE DIVISION
9

10

11  UNITS STATES OF AMERICA,           )   **CASE NO. CR-18-00348 LHK (SVK)**
                                       )
12              Plaintiff,             )   STIPULATION MODIFYING
                                       )   CONDITIONS OF PRETRIAL RELEASE;
        vs.                            )   (PROPOSED) ORDER
13                                     )
    VASILE MEREACRE, et. al.,          )
14                                     )
                Defendants.            )
15  _____    )

16
         IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney
17
    Susan Knight for Plaintiff, United States of America, and Doron Weinberg, attorney for
18
    defendant Vasile Mereacre, that defendant's pretrial release be modified to eliminate the
19
    requirement of a curfew.
20
    ///
21
    ///
22
    ///
23
    ///
24

25
   _____
26 Stipulation Modifying Conditions of Pretrial Release
   (Proposed) Order (Case No. CR-18-00348 LHK)

All other conditions of defendant Mereacre's pretrial release shall remain the same.

Dated:   January 10, 2019       Respectfully submitted,

LAW OFFICES OF DORON WEINBERG

 /s/   Doron Weinberg
DORON WEINBERG
Attorney for Defendant
VASILE MEREACRE

Dated: January 10, 2019       ALEX G. TSE
United States Attorney
Northern District of California


By: /s/ Susan Knight
SUSAN KNIGHT
Assistant United States Attorney
Attorney for Plaintiff

### (PROPOSED) ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the conditions of defendant Vasile Mereacre's pretrial release are modified to eliminate the requirement of a curfew.  All other conditions of defendant's pretrial release shall remain in effect.

Dated: _____

HONORABLE SUSAN VAN KEULEN
Magistrate Judge, U.S. District Court

---

Stipulation Modifying Conditions of Pretrial Release
(Proposed) Order (Case No. CR-18-00348 LHK)