DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
VASILE MEREACRE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | **CASE NO. CR-18-00348 LHK (SVK)** |
|                 ) | |
|       Plaintiff,     ) | STIPULATION MODIFYING |
|                 ) | CONDITIONS OF PRETRIAL RELEASE; |
|   vs.             ) | (PROPOSED) ORDER |
|                 ) | |
| VASILE MEREACRE, et. al.,   ) | |
|                 ) | |
|       Defendants.   ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney

Susan Knight for Plaintiff, United States of America, and Doron Weinberg, attorney for

defendant Vasile Mereacre, that defendant's pretrial release be modified to eliminate the

requirement of a curfew.

///

///

///

///

_____
Stipulation Modifying Conditions of Pretrial Release
(Proposed) Order (Case No. CR-18-00348 LHK)

1    All other conditions of defendant Mereacre's pretrial release shall remain the same.

2

3    Dated:   January 10, 2019                    Respectfully submitted,

4                                                 LAW OFFICES OF DORON WEINBERG

5                                                  /s/   Doron Weinberg
                                                 DORON WEINBERG
6                                                Attorney for Defendant
                                                 VASILE MEREACRE
7
     Dated: January 10, 2019                     ALEX G. TSE
8                                                United States Attorney
                                                 Northern District of California
9

10                                               By: /s/ Susan Knight
11                                                   SUSAN KNIGHT
                                                 Assistant United States Attorney
12                                               Attorney for Plaintiff

13

14

15                             **(PROPOSED) ORDER**

16          Good cause appearing therefor, IT IS HEREBY ORDERED that the conditions of

17   defendant Vasile Mereacre's pretrial release are modified to eliminate the requirement of a

18   curfew.  All other conditions of defendant's pretrial release shall remain in effect.

19

20

21   Dated: 01/11/19                             _____
22                                               HONORABLE SUSAN VAN KEULEN
                                                 Magistrate Judge, U.S. District Court
23

24

25

26   _____
     Stipulation Modifying Conditions of Pretrial Release
     (Proposed) Order (Case No. CR-18-00348 LHK)