DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
VASILE MEREACRE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR-18-00348 LHK** |
| ) | |
| Plaintiff, ) | STIPULATION PERMITTING |
| ) | TELEPHONIC APPEARANCE OF |
| vs. ) | DEFENDANT; (PROPOSED) ORDER |
| ) | |
| VASILE MEREACRE, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The parties hereto, Doron Weinberg appearing for Defendant Vasile Mereacre, and Assistant United States Attorney Susan Knight appearing for Plaintiff United States, hereby acknowledge a defendant's right to appear in person before the Court in any and all proceedings and, at the Court's discretion, to make the appearance telephonically.

    The parties agree that as to this defendant, it is highly likely that the case will resolve but given the complexity of matters relating to any change of plea, further discussions are necessary.

    On June 11, 2019, the Honorable Susan van Keulen granted the parties' stipulation to allow defendant Mereacre to travel to Toronto, Canada to visit with his family and obtain

---
Stipulation Permitting Telephonic Appearance of
Defendant; (Proposed) Order (Case No. CR-18-00348 LHK)

medical and dental treatment. ECF 35. Pretrial Services concurred with the trip. On July 8, 2019, defendant Mereacre was unable to board his returning flight to Miami, Florida by United States Customs and Border Protection ("CBP") because of the above-captioned criminal case. Defendant Mereacre promptly informed his Pretrial Services Officer in the Southern District of Florida. In order for defendant Mereacre to return to the United States, the Government must obtain a document from CBP known as a "Significant Benefit Parole." On July 9, 2019, the Honorable Virginia K. DeMarchi approved the parties' stipulation modifying defendant Mereacre's pretrial release condition to allow him to remain in Toronto, Canada while the Government obtains the appropriate travel documents from CBP that allow defendant Mereacre to enter and remain in the United States. ECF 37. Defendant Mereacre is residing with his parents and reporting to Pretrial Services.

As the defendant resides in Canada and has previously complied with the requirements of appearing telephonically, it is agreed to request an order from the Court permitting the defendant to appear telephonically for the September 18th proceeding.

Dated:   September 10, 2019            Respectfully submitted,

                                       LAW OFFICES OF DORON WEINBERG

                                        /s/   Doron Weinberg
                                       DORON WEINBERG
                                       Attorney for Defendant
                                       VASILE MEREACRE

Dated: September 10, 2019              DAVID L. ANDERSON
                                       United States Attorney
                                       Northern District of California


                                   By: /s/ Susan Knight
                                       SUSAN KNIGHT
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

---
Stipulation Permitting Telephonic Appearance of
Defendant; (Proposed) Order (Case No. CR-18-00348 LHK)

**(PROPOSED) ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that defendant Mereacre's appearance for the status hearing now scheduled for September 18, 2019 may be made telephonically by way of court approved process.

Dated: _____

HONORABLE LUCY H. KOH
Judge, U.S. District Court

_____
Stipulation Permitting Telephonic Appearance of
Defendant; (Proposed) Order (Case No. CR-18-00348 LHK)