DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535- 5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 18-00348 LHK (SVK) |
|     Plaintiff, | ) JOINT STIPULATION REQUESTING A MODIFICATION OF THE DEFENDANT'S PRETRIAL RELEASE CONDITIONS; [PROPOSED] ORDER |
|     v. | ) |
| VASILE MEREACRE, | ) |
|     Defendant. | ) |

    The parties respectfully request that the Court modify defendant Vasile Mereacre's pretrial release conditions to allow him to remain in Toronto, Canada, and travel to the United States as necessary for his case. The parties are requesting this significant change in the defendant's release conditions because Customs and Border Protection ("CBP") will not allow the defendant to reside in the United States.

    On October 17, 2018, the defendant, who is a Canadian citizen, was arrested in the Southern District of Florida. Dkt. No. 8. On October 22, 2018, he was released on a $250,000 personal security bond with his parents as sureties and a $100,000 of corporate security bond. *Id.* The defendant also posted $25,000 in cash in the Northern District of California. Dkt. No. 21.

    On June 11, 2019, the Honorable Susan van Keulen granted the parties' stipulation allowing the

defendant to travel from the Southern District of Florida to Toronto, Canada to visit his family and receive medical and dental treatment. Dkt. No. 35. On June 13, 2019, the defendant traveled to Toronto, and on July 9, 2019, he attempted to return to the United States. However, CBP would not allow him to return because of the above-captioned criminal case. The defendant informed CBP that he was being supervised by Gary L. Hackett, Senior Pretrial Services Officer in the Southern District of Florida. A CBP officer contacted Officer Hackett to confirm his supervision and pending case in the Northern District of California.

On July 9, 2019, the parties notified the Honorable Virginia K. DeMarchi about the defendant's inability to return to the United States due to CBP's restrictions, and explained that the FBI would obtain a CBP document known as "significant public benefit parole" that would allow the defendant to return to the United States. Dkt. No. 37.

CBP recently approved the defendant's travel to the United States for purposes of meeting with his counsel and appearing in court on September 29 and 30, 2019. Despite government counsel's efforts, CBP will not allow the defendant to live in the United States while his criminal case is pending. The defendant will travel from Toronto, Canada to San Jose, California on October 22, 2019. He will return to Toronto on October 30, 2019.

For future court appearances, the FBI will be required to seek approval from CBP to parole the defendant into the United States. Therefore, the parties, after consulting Pretrial Services Officer Allen Lew, request that the Court modify the defendant's pretrial release conditions as follows:

1. The defendant shall reside at 2191 Yonge St., Toronto, Canada M4S3H8;
2. The defendant will report to Pretrial Services as directed; and
3. Once the defendant's travel document has been approved and issued by CBP, the defendant shall report in person to Pretrial Services in San Jose, California no later than 24 hours after his arrival.

//
//
//
//

JOINT STIPULATION; [PROPOSED] ORDER    2
CR 18-00348 LHK

SO STIPULATED.

DATED: 10/21/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Susan Knight*

_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 10/21/19

*/s/ Doron Weinberg*

_____
DORON WEINBERG
Counsel for Defendant Mereacre

## [PROPOSED] ORDER

Based on good cause, IT IS HEREBY ORDERED that the conditions of defendant Vasile Mereacre's pretrial release are modified as follows:

1. The defendant shall reside at 2191 Yonge St., Toronto, Canada M4S3H8 during the pendency of his criminal case, and return to the Northern District of California for all court appearances.
2. The defendant shall report to Pretrial Services as directed.
3. The defendant shall report to in person to Pretrial Services in San Jose, California no later than 24 hours upon his return to the United States.

IT SO ORDERED.

DATED:

_____
HONORABLE NATHANAEL COUSINS
United States Magistrate Judge