# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

OCT 3 0 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  18-00348 LHK |
| Vasile Mereacre | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  10/24/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dorin Weinberg
*Printed name of defendant's attorney*

Lucy H. Koh
*Judge's signature*

Honorable Lucy H. Koh, U.S. District Judge
*Judge's printed name and title*